RECEIVED
IN LAKE CHARLES, LA

AUG 17 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CHARLIE MAYES<br>FED. REG. #11602-002 | : | DOCKET NO. 2:10 CV1915<br>SECTION "P" |
| VS. | : | JUDGE MINALDI |
| UNITED STATES | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the petition for writ of *habeas corpus* be DENIED and DISMISSED with prejudice for failure to state a claim for which relief may be granted.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this _15_ day of ___Aug___ 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE